UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH & WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No.: 04-CV-4647-CRB <br><br> JOINT STIPULATION EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT |

Plaintiffs, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and FRIENDS OF THE VAN DUZEN; Defendants, U.S. FISH AND WILDLIFE SERVICE and NOAA FISHERIES; and Defendants, THE PACIFIC LUMBER COMPANY, SCOTIA PACIFIC COMPANY LLC, SALMON CREEK LLC, and MAXXAM GROUP INC., (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to an extension of the deadline for filing the Joint Case Management Statement in the above-referenced action to and until seven (7) days after resolution of the pending motions to dismiss.

The Parties agree that the stipulated extension would be in the interest of judicial economy and of conserving the Parties' resources considering that until the pending motions to dismiss are resolved the scope of the Plaintiffs' claims, and therefore the issues to be addressed in the Joint Case Management Statement, remain uncertain.

1   In the meantime the Parties have made progress toward defining the administrative
2   record, and will continue to work towards this objective without involving the Court, if possible.
3   The Parties will report the extent of their agreement on the administrative record in the Joint
4   Case Management Statement when filed.
5   For the foregoing reasons, the Parties respectfully request the Court approve of this
6   stipulation.
7   This stipulation was drafted by Plaintiffs' counsel and reviewed and approved for filing
8   by counsel for Federal Defendants, Keith W. Rizzardi, as well as counsel for the non-Federal
9   Defendants, Christopher Carr.

11  DATED this 16th day of June, 2005.

Respectfully submitted,

/s/Simeon Herskovits
Simeon Herskovits (NM Bar# 16860)
Western Environmental Law Center
P.O. Box 1507
Taos, NM  87571
Tel: 505.751.0351
Fax: 505.751.1775
herskovits@westernlaw.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Charles R. Breyer