IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al., | No. C 04-04647 CRB |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | |
| U.S. FISH & WILDLIFE, et al., | |
| Defendants. | |

The federal defendants' motion to continue the hearing on plaintiffs' preliminary injunction hearing is GRANTED. The Court shall hear oral argument at 2:30 p.m. on November 1, 2005. The Court's order is conditioned on PALCO extending the terms of the Stipulation and continuing to enjoin its actions on the Bonanza tract until November 4, 2005, as federal defendants represent PALCO is willing to do.

**IT IS SO ORDERED.**

Dated: October 12, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4647\orderrecontinuance.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28