**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION
INFORMATION CENTER,

        Plaintiffs,

  v.

US FISH & WILDLIFE SERVICE, et al.,

        Defendants.
                               /

No. C 04-04647 CRB

**ORDER**

     The Court is in receipt of plaintiffs' status report dated December 12, 2005.  The parties shall appear for a further case management conference at 8:30 a.m. on Friday, January 20, 2005 and shall submit a joint case management conference statement in advance of the conference in accordance with the Local Rules.

     **IT IS SO ORDERED.**

Dated: Dec. 14, 2005

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4647\orderreconference.wpd