UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, *el al.*, | ) ) ) | Case No.: 04-CV-4647-CRB |
| Plaintiffs, | ) ) | ORDER [Proposed] |
| v. | ) ) | Honorable Charles R. Breyer |
| U.S. FISH & WILDLIFE SERVICE, *et al.,* | ) ) | |
| Defendants. | ) ) | |

Having reviewed the parties' Joint Status Report, and for good cause shown, IT IS HEREBY ORDERED that the January 20, 2006 Case Management Conference is vacated.

IT IS FURTHER ORDERED that the parties shall file their Stipulated Voluntary Dismissal of this action, or further status report, on or before January 20, 2006.

IT IS SO ORDERED.

Dated: Jan. 13, 2006

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*