IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>　　　　Defendant. | No. C 04-04647 CRB<br><br>**ORDER** |

　　On February 6, 2006, the parties stipulated to the dismissal of this action. Prior to the dismissal, the federal defendants filed with the Court 13 boxes of documents consisting of the administrative record. As the parties dismissed this matter, the Court directs the federal defendants to contact the docket clerk, Maria Loo, at 415-522-2069 to arrange for the retrieval of the 13 boxes.

　　**IT IS SO ORDERED.**

Dated: July 7, 2006

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4647\orderreboxes.wpd